UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE RAY,<br><br>              Plaintiff,<br><br>     v.<br><br>UTILITY TREE SERVICE, INC., and DOES 1 through 100, inclusive,<br><br>              Defendants. | No. 2:15-cv-00182-GEB-DAD<br><br>**ORDER DENYING DEFENDANT'S MOTION TO DISMISS AS MOOT** |

Defendant filed a motion to dismiss Plaintiff's Complaint under Federal Rule of Civil Procedure 12(b)(6) on January 29, 2015. (ECF No. 5.) However, Plaintiff filed a timely First Amended Complaint on February 16, 2015, (ECF No. 8), which is now the operative pleading. See Hal Roach Studios, Inc. v. Richard Feiner & Co., Inc., 896 F.2d 1542, 1546 (9th Cir. 1989) (stating "an amended pleading supersedes the original."). Since the referenced dismissal motion does not address the operative pleading, it is denied as moot.

Dated: February 18, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1